UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Jodi Perry | * | |
| On behalf of herself and other members of the general public similarly situated, | * | Case No. 3:17-cv-01584 |
| | * | |
| | | Hon. Judge Jeffrey J. Helmick |
| Plaintiff, | * | |
| v. | * | |
| Hatfield Lawn & Landscape, LLC, et al., | * | |
| | * | |
| Defendants. | | |
| | * | |

**STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Now comes Plaintiff Jodi Perry, by and through the undersigned counsel, to hereby give the Court notice of dismissal without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) of her claims against Defendants Hatfield Lawn and Landscape, LLC and Victoria Hatfield in the above-captioned matter. All parties to bear their own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew J.P. Coffman* | */s/ Carrie L. Urrutia* |
| Matthew J.P. Coffman (0085586) | Carrie L. Urrutia (0073874) |
| **Coffman Legal, LLC** | Emilie K. Vassar (0084076) |
| 1457 S. High St. | **Eastman & Smith Ltd.** |
| Columbus, OH 43207 | P.O. Box 10032 |
| Telephone: 614.949.1181 | Toledo, OH 43699-0032 |
| Facsimile: 614.386.9964 | Telephone: (419) 241-6000 |
| E-mail: mcoffman@mcoffmanlegal.com | Fax: (419) 247-1777 |
| | Email: CLUrrutia@eastmansmith.com |
| Daniel I. Bryant (0090859) | Email: EKVassar@eastmansmith.com |
| **Bryant Legal, LLC** | |
| 1457 S. High St. | *Counsel for Defendants Hatfield Lawn and* |
| Columbus, Ohio 43207 | *Landscape, LLC and Victoria Hatfield* |
| Phone: (614) 704-0546 | |

So Ordered.

S/ Jeffrey J. Helmick
United States District Judge

Facsimile: (614) 573-9826
Email: dbryant@bryantlegalllc.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 2, 2017 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record of all parties.

                */s/ Matthew J.P. Coffman*
                Matthew J.P. Coffman